Ralph D. HUSTON; Christina Huston, Plaintiffs–Appellants

v.

U.S. BANK NATIONAL ASSOCIATION, as Trustee for Citigroup Mortgage Loan Trust 2007–WFHE4, Asset–Backed Pass–Through Certificates Series 2007–WFHE4, Defendant–Appellee.

No. 14–20109.

United States Court of Appeals, Fifth Circuit.

Oct. 15, 2014.

Ralph D. Huston, Huston Law Firm, Houston, TX, for Plaintiffs–Appellants.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Elizabeth Gabrielle Bloch, Esq., Husch Blackwell, L.L.P., Austin, TX, Richard A. Illmer, Esq., Husch Blackwell, L.L.P., Dallas, TX, for Defendant–Appellee.

Before SMITH, BARKSDALE, and HAYNES, Circuit Judges.

PER CURIAM: *

U.S. Bank National Association was awarded summary judgment on its judicial-foreclosure claim against Ralph and Christina Huston. The Hustons appeal, claiming U.S. Bank's action is barred as a previously unasserted compulsory counterclaim. Having reviewed the briefs, the record, and the applicable law, and essentially for the reasons stated by the district court, *Huston v. U.S. Bank National Ass'n,* 988 F.Supp.2d 732 (S.D.Tex.2013), the judgment is AFFIRMED.

---

* Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.